# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2654
LT Case No. 2020-CF-002616-A

———————————————————

MARCUS DWIGHT RIVERS,

>       Appellant,

>       v.

STATE OF FLORIDA,

>       Appellee.

———————————————————

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Marcus Dwight Rivers, Moore Haven, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————